ORIGINAL

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   VALERIE L. MAKAREWICZ
4  Assistant United States Attorney
   California Bar Number 229637
5      Federal Building, Suite 7211
       300 North Los Angeles Street
6      Los Angeles, California 90012
       Telephone: (213) 894-2729
7      Facsimile: (213) 894-0115
       E-mail: Valerie.makarewicz@usdoj.gov
8  Attorneys for United States of America



9
10              UNITED STATES DISTRICT COURT
11            CENTRAL DISTRICT OF CALIFORNIA
12                   WESTERN DIVISION

13
14  UNITED STATES OF AMERICA,          Case No. CV13- 5989 MWF (SHx)

                        Plaintiff,     [PROPOSED] ORDER TO SHOW
15                                      CAUSE
         v.
16
17  DONALD SULLIVAN,

18                      Defendant.

19
20
21

22      Upon the Petition and supporting Memorandum of Points and Authorities,
23  and the supporting Declaration to the Petition, the Court finds that Petitioner has
24  established its prima facie case for judicial enforcement of the subject Internal
25  Revenue Service ("IRS" and "Service") summonses.  See United States v. Powell,
26  379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); see also Crystal v.
27  United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose,
28

                                   1

131 F.3d 1325, 1327 (9th Cir. 1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's prima facie case is typically made through the sworn declaration of the IRS agent who issued the summons); <u>accord</u>, <u>United States v. Gilleran</u>, 992 F.2d 232, 233 (9th Cir. 1993).

THEREFORE, IT IS ORDERED that Respondent appear before this District Court of the United States for the Central District of California in Courtroom No. 1600,

__X__ United States Courthouse

312 North Spring Street,

Los Angeles, California 90012

_____ Roybal Federal Building and United States Courthouse

255 E. Temple Street,

Los Angeles, California 90012

_____ Ronald Reagan Federal Building and United States Courthouse

411 West Fourth Street,

Santa Ana, California 92701

_____ Brown Federal Building and United States Courthouse

3470 Twelfth Street, Riverside, California 92501

on **October 28, 2013**, at 11:30 AM, and show cause why the testimony and production of books, papers, records and other data demanded in the subject Internal Revenue Service summonses should not be compelled.

IT IS FURTHER ORDERED that copies of this Order, the Petition, Memorandum of Points and Authorities, and accompanying Declaration be served promptly upon Respondent by any employee of the Internal Revenue Service or by

2

the United States Attorney's Office, by personal delivery, or by leaving copies of each of the foregoing documents at the Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, or by certified mail.

IT IS FURTHER ORDERED that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file and serve a written response, supported by appropriate sworn statements, as well as any desired motions. If, prior to the return date of this Order, Respondent files a response with the Court stating that Respondent does not desire to oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall be deemed to have complied with the requirements of this Order.

\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\
\\\

3

1    IT IS FURTHER ORDERED that all motions and issues raised by the
2  pleadings will be considered on the return date of this Order.  Only those issues
3  raised by motion or brought into controversy by the responsive pleadings and
4  supported by sworn statements filed within ten (10) days after service of the herein
5  described documents will be considered by the Court.  All allegations in the
6  Petition not contested by such responsive pleadings or by sworn statements will be
7  deemed admitted.

8

9  DATED: This ___16th___ day of _August_____, 2013

10

11

12

13                              United States District Judge

14

15

16

17  Presented By:

18  ANDRÉ BIROTTE JR.
    United States Attorney
19  SANDRA R. BROWN
    Assistant United States Attorney
20  Chief, Tax Division

21

22

23  _____ 8/14/13
    Valerie L. Makarewicz
24  Assistant United States Attorney
25  Attorneys for the United States of America

26

27

28

                              4